UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


THOMAS M. VERILE, SR.,

       Plaintiff,

v.                                                                    Case No. 1:18-cv-730
                                                                      Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42

U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as

outlined in the Opinion.

       **IT IS SO ORDERED**.


Dated:  September 27, 2019                    /s/ Ray Kent
                                              United States Magistrate Judge